United States District Court
Southern District of Texas
**ENTERED**
March 25, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SUSAN PUCKETT, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:22-cv-04542 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| KILOLO KIJAKAZI, | § | |
| Defendant. | § | |

### ORDER ADOPTING
### MEMORANDUM AND RECOMMENDATION

Plaintiff Susan Puckett sued the Commissioner of the Social Security Administration seeking judicial review of a decision denying her Title II and Title XVI social security benefits.

Pending is a Memorandum and Recommendation by Magistrate Judge Christina A. Bryan, finding that the decision of the Social Security Administration was not supported by substantial evidence and recommending the motion for summary judgment by Plaintiff be granted and the motion for summary judgment by Defendant be denied. Dkt 14.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC §636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. No clear error appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 14.

The motion for summary judgment by Defendant Kilolo Kijakazi is DENIED. Dkt 12.

The motion for summary judgment by Plaintiff Susan Puckett is GRANTED. Dkt 11.

The final decision of the Commissioner is REVERSED and REMANDED to the Commissioner for further proceedings.

A final judgment will issue by separate order.

SO ORDERED.

Signed on March 25, 2024, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge