United States District Court
Southern District of Texas
**ENTERED**
August 29, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| SUSAN PUCKETT, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:22-cv-04542 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| MARTIN J. O'MALLEY, | § | |
| Commissioner of the | § | |
| Social Security | § | |
| Administration, | § | |
| Defendant. | § | |

## ORDER ADOPTING
## MEMORANDUM AND RECOMMENDATION

Final judgment was granted in this social security appeal in favor of Plaintiff Susan Puckett. Dkts 15 & 16. Plaintiff moved for attorney fees. Dkt 17.

Pending is a Memorandum and Recommendation by Magistrate Judge Christina A. Bryan, recommending that Plaintiff be awarded $9,500 in attorney fees pursuant to the Equal Access to Justice Act. Dkt 18.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. No clear error appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 18.

A final judgment will issue by separate order.

SO ORDERED.

Signed on August 28, 2024, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge